**CHAD M. SHERWOOD, ESQUIRE (CS2506)**
**LAW OFFICE OF CHAD M SHERWOOD, LLC**
**1109 SOUTH MAIN STREET**
**PLEASANTVILLE, NJ 08232**
**(609)241-8918 — Phone**
**(609)241-8920 — Fax**
**chad@sherwoodlegal.com - Email**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---

DOUGLAS HUNSBERGER, T/A
SEAVIEW COLOR

Hon. _____

**Plaintiff(s)**

Civil No. _____

v.

BOARDWALK BUCKS, THE ORIGINAL
FUDGE KITCHEN, JOSEPH BOGLE,
STARLIGHT FLEET, JAMES
CICCHITTI, JOHN DOE(S) 1-10
and ABC COMPANIES(S)

**CIVIL ACTION**

**VERIFIED COMPLAINT**

**Defendant(s)**

---

### PARTIES

1.    Plaintiff,  Douglas  Hunsberger  is  a  professional
photographer  and  traded  as  Seaview  Color  as  a  sole  proprietor
from approximately 1980 through 2003 with his principal place of
business  located  in  Wildwood  Crest,  New  Jersey.    Plaintiff
currently maintains a mailing address of P.O. Box 1005, Wildwood,
New Jersey 08260.

2.    Defendant,  Boardwalk  Bucks,  upon  information  and
belief,  is  a  New  Jersey  business  with  its  principal  place  of
business  located  2304  Boardwalk  in  North  Wildwood,  New  Jersey,
(hereinafter "Publisher" and/or "Boardwalk Bucks").

3.   Defendant, The Original Fudge Kitchen, upon information and belief is a business with its principal place of business located at 513 Washington Street Mall in Cape May, New Jersey. (hereinafter "Fudge Kitchen")

4.   Upon information and belief, Defendant Fudge Kitchen owns and operates a candy and fudge shop out of Cape May, New Jersey, whose target customers are residents and seasonal tourists and vacationers of the southern New Jersey shore, and particularly the New Jersey Cape region.

5.   Defendant Joseph Bogle, upon information and belief, is the owner of Defendant Fudge Kitchen, and maintains a business address of 513 Washington Street Mall in Cape May, New Jersey (hereinafter "Bogle").

6.   Defendant, Starlight Fleet, upon information and belief is a business with its principal place of business located at 6200 Park Blvd. in Wildwood Crest, New Jersey. (hereinafter "Starlight")

7.   Upon information and belief, Defendant Starlight owns and operates a boating, sight-seeing and whale-watching business out of Wildwood Crest, New Jersey, whose target customers are residents and seasonal tourists and vacationers of the southern New Jersey shore, and particularly the New Jersey Cape region.

8.   Defendant James Cicchitti, upon information and belief, is the owner of Defendant Starlight, and maintains a business address of 6200 Park Blvd. in Wildwood Crest, New Jersey (hereinafter "Cicchitti").

2

9.     Upon  information  and  belief,  Defendant  Publisher produces  and  distributes  complimentary  tourist  publications throughout the southern New Jersey Cape region, particularly Cape May County, designed for use by residents and visitors to the resort  areas  of  the  Jersey  Cape.     Specifically,  Defendant Publisher  solicits  advertisements  from  businesses  providing dining, entertainment, attraction and shopping services to the local  residents  and  visitors  of  the  New  Jersey  Cape  region. Defendant Publisher compiles such advertisements into various publications,  most  notably  coupon  books,  and  distributes complimentary  copies  of  such  publications  via  information centers, real estate offices, hotels and motels and other various locations throughout the southern New Jersey.

10.   Defendants John Doe(s) 1-10 and ABC Companies 1-10 are other unknown officers, directors, employees, business entities, alternative names and/or agents of Defendants.

**PRELIMINARY STATEMENT**

11.   This  is  a  copyright  infringement  action  in  which  the plaintiff is seeking monetary damages, attorney's fees and other relief based upon violations of the Copyright Act, 17 U.S.C.A. §§ 101 et seq.

12.   Plaintiff  alleges  that  he  has  a  valid  registered copyright for an advertising brochure entitled "Fudge Kitchen 1996  Brochure  (33631)  (96019)".     Plaintiffs  contend  that Defendants Boardwalk Bucks, Fudge Kitchen and Bogle infringed on

his copyright by knowingly and willfully altering and publishing without his consent a photograph of a fudge candy being made contained within and claimed as part of said registered advertising brochure.

13. Plaintiff further alleges that he has a valid registered copyright for an advertising brochure entitled "Starlight Fishing 1995 Rack Card (94075) (P95814)". Plaintiffs contend that Defendants Boardwalk Bucks, Starlight and Cicchitti infringed on his copyright by knowingly and willfully altering and publishing without his consent an aerial photograph of a boat contained within and claimed as part of said registered advertising brochure.

## JURISDICTION AND VENUE

14. This Court has original and exclusive jurisdiction of this action pursuant to 28 U.S.C.A. §§ 1338(a) because the action arises under the Copyright Act, 17 U.S.C.A. §§ 101 et seq.

15. Venue is proper in this judicial district pursuant to 28 U.S.C § 1391(b), in that the events giving rise to the claim occurred in this district.

## OCCURRENCES

### A. FUDGE KITCHEN

16. From 1980 through approximately 2001, Plaintiff was actively engaged in assembling and publishing marketing brochures, as well as photography associated therewith, for predominately seasonal businesses servicing the New Jersey Cape region.

4

17.    In 1996, Plaintiff was contracted by the Fudge Kitchen to compile a custom marketing brochure (hereinafter "Fudge Kitchen Brochure") for its candy and fudge business operating out of Cape May, New Jersey. A copy of the Invoice for said custom Brochure is attached hereto as Exhibit "A".

18.    In connection with such contract, Plaintiff utilized an photograph of fudge being made which Plaintiff personally took in connection with the Fudge Kitchen Brochure.

19.    On or around December 10, 1996, Plaintiff registered said Brochure entitled "Fudge Kitchen 1996 Brochure (33631)(96019)" with the United States Copyright Office (Registration Number VA0000847294), and specifically claimed as part of said registration the photograph taken by Plaintiff of the fudge being made. A copy of the Brochure is attached hereto as Exhibit "B" and a copy of the Copyright Registration Certificate for said Brochure is attached hereto as Exhibit "C".

20.    Plaintiff specifically reserved all copyright rights in and to the Brochure and photographs contained within said Brochure.

21.    There existed no written or oral contract between Plaintiff and Fudge Kitchen to convey any of Plaintiff's copyright rights in the Brochure.

22.    All initial and additional copies of the Brochure were required to be ordered through Plaintiff, and Fudge Kitchen was granted only an implied limited license to distribute the

5

particular number of copies of the Brochure as were ordered through Plaintiff from time to time.

23.   Plaintiff's Fudge Kitchen Brochure contains a copyright notice, advising all readers that the Brochure and photographs contained within such Brochure are protected by the copyright laws.

### B. STARLIGHT

24.   In 1995, Plaintiff was contracted by Starlight to compile a rack card (hereinafter "Starlight Rack Card") for its boating business operating out of Wildwood Crest, New Jersey. A copy of the Invoice for said custom Rack Card is attached hereto as Exhibit "D".

25.   In connection with such contract, Plaintiff utilized an aerial photograph of Defendant's boat which Plaintiff personally took in connection with the creation of the rack card.

26.   On or around August 9, 1995, Plaintiff registered said Brochure entitled "Starlight Fishing 1995 Rack Card (94075)(P95814)" with the United States Copyright Office (Registration Number VA0000733638), and specifically claimed as part of said registration the photograph of the boat. A copy of the Rack Card is attached hereto as Exhibit "E" and a copy of the Copyright Registration Certificate for said Brochure is attached hereto as Exhibit "F".

27.   Plaintiff specifically reserved all copyright rights in and to the Rack Card and photographs contained within said Rack Card.

6

28.  There existed no written or oral contract between Plaintiff and Starlight to convey any of Plaintiff's copyright rights in the Rack Card.

29.  All initial and additional copies of the Rack Card were required to be ordered through Plaintiff, and Starlight was granted only an implied limited license to distribute the particular number of copies of the Rack Card as were ordered through Plaintiff from time to time.

30.  Plaintiff's Starlight Rack Card contains a copyright notice, advising all readers that the Rack Card and photographs contained within such Rack Card are protected by the copyright laws.

C. VIOLATIONS

31.  From approximately 1990 through 2000, Plaintiff had a substantial market share of the marketing brochure publication and associated photography business in the New Jersey Cape region.

33.  On or about 2001, Plaintiff started to gravitate away from the marketing brochure publication business and associated photography business due to both personal reasons and changes in the marketplace.  As of approximately 2003, Plaintiff was no longer engaged in such business.

34.  The marketing brochure publication business and associated photography business in the New Jersey Cape region is a small community.

35.   All parties are familiar with each other's respective business models, operating procedures and trade practices.

36.   It is custom and practice in the New Jersey Cape region for the publishers of marketing brochures, post cards and other marketing pieces to substantially assist the businesses ordering such materials with the photography, overall design, layout and editing of the same.

37.   At least as early as 2009, Defendants Fudge Kitchen and Starlight with the knowledge, involvement and consent of Defendant Publisher, Defendant Bogle, Defendant Cicchitti and any unknown Defendant John Doe and ABC Company, used Plaintiff's copyrighted photographs in a series of similar ads for Defendants' businesses which were published in at least five of Defendant Publisher's publications, including, but not limited to,   Publisher's   "Boardwalk   Bucks"   (hereinafter   the "Advertisements").   Copies of such Advertisements are attached hereto as Exhibit "G".

38.   Upon information and belief, Defendants participated in overall design, layout and editing of the Advertisements including the unlawful use and incorporation of Plaintiff's copyrighted photographs therein.

38.   Defendants   unlawfully   and   without   authority, incorporated versions of Plaintiff's copyrighted photographs in the Advertisements, and knowingly and willfully published such Advertisements in Defendant Publisher's publications for purposes of achieving a monetary gain for all defendants.

39. Defendants' use of the photographs infringed Plaintiff's copyright in the photographs.

40. Although duly demanded, Defendants have failed to compensate Plaintiff for their unauthorized use of Plaintiff's photographs.

41. Upon information and belief, Defendants may have made other unauthorized uses of Plaintiff's copyrighted photographs and have failed to account to Plaintiff for such usage.

## COUNT I:   COPYRIGHT INFRINGEMENT – FUDGE KITCHEN

42. Plaintiff repleads and realleges each and every allegation of paragraphs "1" through "41" inclusive, as if specifically pleaded herein.

43. Plaintiff is the sole proprietor of all rights, title, and interest in and to the copyright of the Fudge Kitchen Brochure registered with the United States Copyright Office pursuant to 17 U.S.C.A. §§ 411(a).

44. The photograph discussed above contains material wholly original with Plaintiff and is copyrightable subject matter under the laws of the United States.

45. Defendants infringed Plaintiff's copyright, in violation of the Copyright Act, 17 U.S.C.A. §§ 101 et seq., by knowingly and willfully using, altering and publishing the photograph without the consent or authorization of Plaintiff, and in disregard of and with indifference to the rights of Plaintiff.

46. As a result of the aforementioned occurrences, Plaintiff has been monetarily damaged and continues to suffer damage.

## COUNT II:  COPYRIGHT INFRINGEMENT – STARLIGHT

47. Plaintiff repleads and realleges each and every allegation of paragraphs "1" through "46" inclusive, as if specifically pleaded herein.

48. Plaintiff is the sole proprietor of all rights, title, and interest in and to the copyright of the Starlight Rack Card registered with the United States Copyright Office pursuant to 17 U.S.C.A. §§ 411(a).

49. The photograph discussed above contains material wholly original with Plaintiff and is copyrightable subject matter under the laws of the United States.

50. Defendants infringed Plaintiff's copyright, in violation of the Copyright Act, 17 U.S.C.A. §§ 101 et seq., by knowingly and willfully using, altering and publishing the photograph without the consent or authorization of Plaintiff, and in disregard of and with indifference to the rights of Plaintiff.

51. As a result of the aforementioned occurrences, Plaintiff has been monetarily damaged and continues to suffer damage.

## COUNT III:  STATUTORY DAMAGES

52. Plaintiff repleads and realleges each and every allegation of paragraphs "1" through "51" inclusive, as if specifically pleaded herein.

53.   As a result of Defendants willful and knowing conduct, Defendants infringed the Plaintiff's copyrighted work.

54.   Wherefore, Plaintiff demands that an Order be entered pursuant to 17 U.S.C.A. §§ 504 awarding enhanced statutory damages for each infringement of the Plaintiff's copyrighted work alleged herein.

## COUNT IV:   SEIZURE AND IMPOUNDING

55.   Plaintiff repleads and realleges each and every allegation of paragraphs "1" through "54" inclusive, as if specifically pleaded herein.

56.   Plaintiff prays for an Order pursuant to 17 U.S.C.A. §§ 503 for the impounding of all materials used in violation of Plaintiff's exclusive copyright owner rights.

WHEREFORE, Plaintiff demands:

a.    Entry of an Order requiring Defendants to destroy all copies of Plaintiff's Photographs contained within any and all advertisements or publications, downloaded onto any computer hard drive or server, or transferred onto or existing on any physical medium or device in the possession, custody or control of either Defendant Advertiser or Defendant Publisher.

b.    That judgment be entered against Defendants in favor of Plaintiff for such damages as Plaintiff has

sustained in consequence of Defendants' infringement of Plaintiff's copyright.

c.   That an Order be entered compelling Defendants to account for all gains, profits and advantages derived by each Defendant by its infringement of Plaintiff's copyright or such damages as to the Court shall appear proper within the provisions of the copyright statutes.

d.   That judgment be entered against Defendants in favor of Plaintiff for such damages, costs, and expenses as Plaintiff has incurred in regard to this lawsuit.

e.   That Plaintiff be awarded the costs of this action pursuant to 17 U.S.C.A. §§ 505.

f.   That Plaintiff be awarded reasonable attorney's fees pursuant to 17 U.S.C.A. §§ 505.

f.   For such other and further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff hereby demands trial by a jury on all triable issues raised in this Complaint, pursuant to Federal Rule of Civil Procedure 38(b).

**DATED:**  October 22, 2018

Chad M Sherwood, Esquire (CS2506)
Attorney for Plaintiff

12

# EXHIBIT A

**ORDER FORM — SUBMIT A SEPARATE ORDER FORM FOR EACH PRODUCT**

ALL OF     #540 — MIAMI, FLORIDA

**dynacolor graphics, inc.**
1182 N.W. 159th Drive
P.O. Box 699037
Miami, Florida 33269-9037
Phone: (305) 625-5388
Toll Free 1-(800)-624-8840

**SEA VIEW COLOR**

**115 WEST FERN ROAD**
**WILDWOOD CREST, NJ 08260**

**PHONE (609) 522-6849**
**FAX (609) 523-1488**

DATE OF ORDER 3/14/96
SHIPPING DATE (APPROX.) _____
P.O. # _____
Ship VIA   ☐ TRUCK
☑ UPS   ☐ UPS NEXT DAY   ☐ UPS 2ND DAY
☐ OTHER _____

Cust # ..........................................................

BILL TO _FUDGE KITCHEN_    SHIP TO _SAME_
STREET _513 Washington St North_    STREET _____
CITY _Cape May_ STATE _NJ_ ZIP _08204_    CITY _____    STATE ___ ZIP ___
TELEPHONE ( ) _____    FAX ( ) _____

NEW WORK ☑    REPRINT ☐    REPRINT JOB # _____    GRP _____

| QUANTITY | PRODUCT NUMBER | PRODUCT DESCRIPTION | SALE PRICE | DEPOSIT | BALANCE DUE COD |
|---|---|---|---|---|---|
| 50,000 | 301 | 9 X 12" Brochures | 7127 | 1000 | 6127 |
| | | Silhouette on front cover | 125 | | |
| | | (Other Silhouettes @ N/C) | | | |
| | | | | | |

**Brochures Only: An Additional Deposit of $ _____ is Due with the Return of Proof.**

CUSTOMER MUST SIGN ORDER AND ANY ATTACHMENTS TO ORDER —
LAYOUTS, COPY, SKETCHES.
THIS ORDER IS SUBJECT TO THE TERMS, CONDITIONS, AND AGREEMENTS
SET FORTH ON THE REVERSE SIDE OF THIS ORDER FORM:

| | | |
|---|---|---|
| SUB TOTALS | 7252 | 1000 |
| SALES TAX | 435.12 | |
| TOTALS* | 7687.12 | 1000 | 6687.12 |

_Ralph Bogle_   owner
AUTHORIZED CUSTOMER'S SIGNATURE     TITLE
_Ralph Bogle_
PRINT NAME — CUSTOMER'S SIGNATURE
_Doris Stolz_
SALES ORGANIZATION'S SIGNATURE

* FINAL FIGURE TO BE ADJUSTED FOR OVERAGE OR SHORT-
AGE NOT TO EXCEED 10%. ALL SHIPMENTS F.O.B. MIAMI,
FLORIDA.

| CHECK IF PROOF REQUESTED: | ☑ COLOR ☐ BLUE PRINT ☑ COPY | SEND TO: SHIP METHOD: | ☐ CUSTOMER ☑ SALES ORGANIZATION _UPS exempt_ | BINDERY INSTRUCTIONS |
|---|---|---|---|---|
| | | | ☐ Perforate ☐ 3 Hole Drill | ☐ Score ☐ Fold to _____ x _____ ☐ Other _____ |

**ADDITIONAL INSTRUCTIONS:**

SHIP 30 brochures to
Sales — FLAT (Not Folded)

CROP Photos Exactly
as Shown

Put in Artreal's backgrounds
Have Michael Langford do.
shadow

**NOTICE**
(1) Send Back Disk WITH CORRECTIONS
(2) Box Checked if Sample (REPRINT) Is Enclosed ☐
(3) Send 200 FREE Samples To Sea View Color

ATTACH ALL REPROS AND SPECIAL LAYOUTS TO ORDER
ORDER FORM DISTRIBUTION: WHITE & YELLOW TO DYNACOLOR; PINK TO CUSTOMER; GOLD TO SALES ORGANIZATION

**Top Copy**    **Full Vertical**

Post Card    Post Card    Post Card    Post Card

**Extra Charge**

ORDERS ARE SUBJECT TO ACCEPTANCE IN PLANT

Charge    Charge    Charge    AGENT

**Extra Charge**

*DYNACOLOR LOGO AND POST CARD INDICIA WILL BE PRINTED ON ALL POST CARDS UNLESS OTHERWISE INDICATED.*

THESE ARE THE MOST COMMON MULTIPLE PHOTOGRAPH LAYOUTS — INDICATE WITH APPROPRIATE LETTER AND KEY PHOTOGRAPHS IN POSITION DESIRED

A    B    C    D    E    F    G

Telephone (  )

FAX (  )

# TERMS, CONDITIONS, AND AGREEMENTS

The signature of the purchaser or authorized agent for the company responsible for payment must appear in the area designated, customer's signature, such signature shall consent to the following terms, conditions, and agreements.

Dynacolor Graphics, Inc. will be known as the Seller and the customer will be known as the Purchaser.

Dynacolor Graphics, Inc. is not responsible for any agreement made by the Sales Organization which differs in any way from this order. It is expressly agreed that the Seller is not bound by any stipulation, representation, or agreement not embodied in this contract.

## 1. GENERAL CONDITIONS

Prices are F.O.B. Miami, Florida, transportation charges to be paid by Purchaser. Merchandise covered by this order will be specially made and this order shall not be subject to cancellation once it has been accepted by Seller, except on terms that will compensate the Seller against loss. The estimated shipping date time is not the essence of this agreement. This order shall not be effective until acceptance thereof by Seller, Dynacolor Graphics, Inc., Miami, Florida. Acceptance by Seller may be either by notification to Purchaser or by commencing to produce work on the merchandise ordered.

The legal rate of interest may be charged on all past due accounts at Seller's option. In the event that the services of an attorney are required, with or without litigation, to recover on this contract, the Purchaser agrees to pay the Seller its reasonable attorney's fees, costs and court costs, including but not limited to attorney's fees and costs incurred on appeal in addition to payment of full amount due, plus accrued interest. In the event of litigation in regard to collection or any other dispute that may arise out of or in connection with this agreement, the parties hereto expressly agree and consent to the jurisdiction of the courts of the State of Florida, and further stipulate that Dade County, Florida will be the proper venue for the legal action. This contract shall be governed by and construed in accordance with the laws of the State of Florida. Any amount owing, will become due immediately in the event of bulk sale, mortgage, bankruptcy, attachment or execution made by or against Purchaser, or in the event of refusal of Purchaser to accept from the carrier the merchandise ordered hereunder.

Sales and/or use tax — Dynacolor Graphics, Inc. is responsible for the collection of tax in the states of California, Florida, Mississippi, New York, South Carolina and Virginia. Collection and remittance of tax, if any, in other areas is the responsibility of the Sales Organization.

## 2. PREPARATORY WORK AND ORIGINAL MATERIALS (Transparencies, Art Work, etc.)

Seller shall take reasonable care of transparencies, pictures, art work and other original copy left in his possession, but Seller shall not be responsible for same as to loss or damage while in Seller's custody. In recognition of the foregoing and as a material inducement to Seller to enter into this agreement, Purchaser represents to Seller that Purchaser or the Sales Organization has duplicates of transparencies, pictures, art work and other original copy, in their possession.

Art work, sketches, copy, dummies, type, separations, negatives, positives, lithographic plates, and all preparatory work created or furnished by the Seller shall remain their exclusive property, and no use of same shall be made nor may any ideas obtained therefrom be used, except by written permission of the Seller and upon compensation (if any) to be determined by the Seller.

## 3. REPRODUCTION RIGHTS AND INDEMNIFICATION

Purchaser warrants and represents to Seller that he is lawfully entitled to reproduce and copy the pictures ordered and has full authority to authorize Seller to reproduce and copy such pictures. The Purchaser shall indemnify and hold harmless the Seller from any and all liens, cost, expense and damages on account of any and all manner of claims, demands, actions and proceedings that may be instituted against the Seller on grounds alleging that the said printing violates any copyright or any proprietary right or any person, or that it contains any matter that is libelous or scandalous, or invades any person's right to privacy or other personal right, except to the extent that the Seller has contributed to the matter. The Purchaser agrees to, at the Purchaser's own expense, promptly defend and continue the defense of any such claim, demand action or proceeding that may be brought against the Seller, provided that the Seller shall promptly notify the Purchaser with respect thereto, and provided further that the Seller shall give to the Purchaser such reasonable time as the exigencies of the situation may permit in which to undertake and continue the defense thereof. Unless otherwise stated on this contract, the seller reserves the right to use reproductions for purposes of display and other advertising purposes.

## 4. PROOFS

If the Purchaser desires proofs to be submitted, he shall initial the space marked "check if proof requested" on the front of this form. Corrections, if any, are to be made on "master set" returned marked "O.K." or "O.K. With Corrections" and signed with name or initials of person duly authorized to pass on same. If revised proofs are desired, request must be made when proof is returned. Seller is not responsible for errors if work is performed as per Purchaser's "O.K." or if changes are communicated verbally. Seller shall not be responsible for errors if the Purchaser has not ordered or has refused to accept proofs or has failed to return proofs with indication of changes or has instructed Seller to proceed without submission of proofs. Proofs must be returned in a reasonable period of time or at Seller's sole discretion, order may be cancelled and Buyer will be responsible for all charges for work performed to date.

Because of the difference in equipment, paper, inks and other conditions between color proofing and production operations, a reasonable variation in color between color proofs and the completed job shall constitute an acceptable delivery.

## 5. ALTERATIONS

Alterations represent work performed in addition to the original specifications. Such additional work shall be charged at current rates and be supported with documentation upon request.

## 6. QUALITY

Dynacolor Graphics, Inc. will use its best efforts to produce a high quality reproduction reasonably close to the transparency, but does not warrant an "exact color" match. Merchandise covered by this order will be subject to reasonable variation from standard in color, quality and finish, in accordance with the trade customs of the printing industry. Purchaser will clearly mark transparencies for viewing side and desired cropping. When not done, Dynacolor is authorized to use best judgment and will not be responsible for transparencies that have been reversed or the sleeve is not properly marked for front side before receipt by Dynacolor.

## 7. SHIPPING INSTRUCTIONS

Purchaser shall clearly specify the shipping instructions for this order, and the transportation means by which shipment is to be made. Lacking explicit shipping instructions, Seller may use his best judgment in selecting transportation means. In such event Seller shall not be responsible for non-delivery nor for variations in shipping charges from what Purchaser may consider proper.

## 8. DELIVERY

Delivery dates are approximate, subject to the normal variations customary in the industry, and to the delays due to fire, strikes, equipment breakdown, inability to obtain materials, or in any other circumstances beyond Seller's control. Such delays shall not serve to invalidate this order, nor to subject Seller to damages. Where date of shipment is specified in the order and for any reason it is not possible to ship on or before the date specified, Seller will use his best efforts to ship as soon as possible thereafter and Purchaser agrees to accept the merchandise when so shipped. Unless otherwise specified, the price quoted is for a single shipment, without storage, F.O.B. Dynacolor's place of business. Title for finished work shall pass to the purchaser upon delivery to carrier at shipping point or upon mailing of invoices for finished work, whichever occurs first.

Merchandise left in Seller's possession by Purchaser shall be held at Purchaser's sole risk and expense, and Seller shall not be responsible for loss or damage due to any cause.

## 9. OVERRUNS OR UNDERRUNS

As it is necessary to provide a reasonable allowance for spoilage in manufacturing merchandise ordered hereunder, it is ordinarily not possible to ship the exact quantity ordered. It is therefore agreed that Seller may ship up to 10% more or less than the quantity ordered which shall constitute acceptable delivery. Purchaser agrees to pay pro-rata for the actual quantity shipped.

## 10. CLAIMS

Claims for defects, damages or shortages must be made by the Purchaser in writing to Dynacolor Graphics, Inc., Miami, Florida within a period of fifteen (15) days after delivery. Failure to make such claim within the stated period shall constitute irrevocable acceptance and an admission that they fully comply with terms, conditions and specifications. Seller's liability shall be limited to stated selling price of any defective goods, and shall in no event include special or consequential damages, including, without limitation, profits (or profits lost). As security for payment of any sum due or to become due under terms of any Agreement, Seller shall have the right, if necessary, to retain possession of and shall have a lien on all customer property in printer's possession including work in process and finished work. The extension of credit or the acceptance of notes, trade acceptance or guarantee of payment shall not affect such security interest and lien.

Claims relating to shortages in shipment must be accompanied by a receiving report showing number, weight and contents of each package received. Purchaser's recourse for loss or damage in transit is solely against the carrier, but Dynacolor will gladly assist Purchaser in filing any such claims.

The final decision on any claim will be based on whether, in Dynacolor's opinion, (a) a "normal reproduction" loss has been made, and (b) the claimed defect affects the saleability or useability of the merchandise. In any event Dynacolor's responsibility shall be limited to correction on the product merchandise, the replacement of the merchandise, or at Dynacolor's option the allowance of credit therefore, in whole or part.

Revised 12/92

# EXHIBIT B



☆☆ COUPON ☆☆
**$1.00 OFF**
Each Pound of Fudge
With This Brochure

*The Original*
# FUDGE KITCHEN

---

*The Original*
# FUDGE KITCHEN

## THE WILDWOODS
(TWO LOCATIONS)
On The Boardwalk
At Maple Avenue
On The Boardwalk
At 22nd Street

## OCEAN CITY
On The Boardwalk
At 8th Street



## HISTORIC CAPE MAY
(TWO LOCATIONS)
513 Washington
Street Mall
On The Promenade
728 Beach Drive

## STONE HARBOR
Downtown At
272 96th Street



SEA VIEW COLOR
COPYRIGHT© 1996
(609) 522-6849 • 23631

---

Our Holiday
# CANDY
Headquarters

3 – famous creamy fudge, holiday chocolate
traditional old tyme favorites & custom gift
VALENTINES DAY – hearts of fudge & hearts
best hand rolled "Irish Potatoes. ST. PATRICK'S DAY –
assorted chocolates. EASTER –
am Eggs. Butter Cream Eggs, Fudge Center
& Nut Center Eggs, Peanut Butter Eggs, all
free of charge. custom Easter Baskets.
MOTHERS DAY, SECRETARY'S DAY to
DAY SPECIAL with confections shipped
your recipient at home or at the office

Simply Call Us
**(00) 23-FUDGE**
Ill Do The Rest !

Cape May • Ocean City • Stone Harbor • Wildwood • "We Ship Anywhere" 1(800) 23-

# Goodies Made By-The-Sea Fresh Everyday

*Dear Friends,*

*For over a quarter of a century we have been hand whipping our delicious creamy fudge in 16 wonderful flavors. When you visit any one of our family run stores or call our toll-free number, you will receive friendly service and all your personal and gift giving orders will be shipped promptly. When you make our Fudge Kitchen — your "simply the best" — you make our Fudge Kitchen, we promise you "simply the best."*

*Thanks for your patronage,*
*The Bogle Family*



## All Your Favorite CONFECTIONS

• Milk and Dark Chocolate Non Pareils • Almond Buttercrunch • Chocolate Covered Pretzels • Cashew Turtles • Peanut Butter Cups • Vanilla and Chocolate Buttercreams • Almond and Cashew Bark • Cordial Cherries • Orange and Raspberry Jellies and Creams • Raisin, Coconut and Peanut Clusters • Chocolate Covered Marshmallows • Mint Soufflé • Coconut Macaroons • Salt Water Taffy • Assorted Licorices and Gummi Candies • Chocolates • available in Milk and Dark Chocolate • Please call for your other favorites...we'll have them for you.

## Our World Fam Signature Se FUDG

Our rich and creamy fudge is made in cop kettles, whipped by hand the old fashioned We use only country fresh cream, pure ca and the very finest natural ingredients. Yo watch each and every batch being made i front window of all our stores.

• Chocolate Plain
• Chocolate Nut
• Chocolate Marshmallow
• Rocky Road
• Chocolate Peanut Butter
• Chocolate Coconut
• Strawberry
• Peanut Butter
• Vanilla Plain
• Vanilla Nut
• Vanilla Marsh
• Vanilla Cocon
• Chocolate Chi
• Pistachio
• Cookies-n-Cre
• Mint Chocolat



# EXHIBIT C

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 847-294**

*VA000847294*

**DEC 1 0 1996**

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**

FUDGE KITCHEN 1996
BROCHURE (33631)(96019)

**NATURE OF THIS WORK ▼** See instructions

Photographic
Advertising Brochure

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**

Douglas Hunsberger, T/A Sea View Color

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
10/28/55

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photographs (8)   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

was prepared as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1996 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ July   Day ▶ 24   Year ▶ 1996
ONLY if this work has been published.   USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Douglas Hunsberger
115 West Fern Road
Wildwood Crest, NJ   08260

**APPLICATION RECEIVED** AUG 05 1997

.. 0 1996

RECEIVED

DEC 10 1996

TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**REMITTANCE NUMBER AND DATE**

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | _J.H._ | | FORM VA |
|---|---|---|---|
| CHECKED BY | | | |

| | CORRESPONDENCE | FCR |
|---|---|---|
| ☒ | Yes | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                              **Account Number ▼**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Douglas Hunsberger
115 West Fern Road
Wildwood Crest, NJ  08260

Be sure to give your daytime phone ◄ number

Area Code & Telephone Number ▶   (609) 522-6849

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

**8**

Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Douglas Hunsberger                                    date ▶ 11/27/96

☞   Handwritten signature (X) ▼

| MAIL CERTIFI-CATE TO | **Name ▼** | **9** |
|---|---|---|
| | Douglas Hunsberger | |
| Certificate will be mailed in window envelope | **Number/Street/Apartment Number ▼** | |
| | 115 West Fern Road | |
| | **City/State/ZIP ▼** | |
| | Wildwood Crest, NJ  08260 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1991—150,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

# EXHIBIT D

Rec'd _____ Due _____ TRM _____

## ORDER FORM — SUBMIT A SEPARATE ORDER FORM FOR EACH PRODUCT
ALL ORDERS ARE SUBJECT TO ACCEPTANCE AT PLANT — MIAMI, FLORIDA

**dynacolor graphics, inc.®**
1182 N.W. 159th Drive
P.O. Box 699037
Miami, Florida 33269-9037
Phone: (305) 625-5388
Toll Free 1-(800)-624-8840

**SEA VIEW COLOR**
#540 ..........
115 WEST FERN ROAD
WILDWOOD CREST, NJ 08260
PHONE (609) 522-6849
FAX (609) 523-1488

DATE OF ORDER 6/5/?
SHIPPING DATE (APPROX.) ____
P.O. # ____
Ship VIA ☑TRUCK
☐ UPS ☐ UPS NEXT DAY ☐ UPS 2ND DAY
☐ OTHER ____
DO NOT SHIP CCD

Cust # ..........
**BILL TO** Capt Jim Cicchitti / STARLIGHT     **SHIP TO** ____
**STREET** PO Box 157     **STREET** 6200 Park Blvd
**CITY** Cape May **STATE** NJ **ZIP** 08204     **CITY** Wildwood Crest **STATE** NJ **ZIP** ____
**TELEPHONE** (609) 729 L 7776     **FAX** ( )

NEW WORK ☑     REPRINT ☐     REPRINT JOB # ____     GRP ____

| QUANTITY | PRODUCT NUMBER | PRODUCT DESCRIPTION | SALE PRICE | DEPOSIT | BALANCE DUE COD |
|---|---|---|---|---|---|
| ~~15~~ ~~600~~ (100) | 103 | 9" X 4" RACK CARDS "STARLIGHT FISHING" | | | |
| | | Early Sign-up discount | -300 | | |
| | | Additional Photo | 250 | | |
| | | | | | |

**Brochures Only: An Additional Deposit of $ _____ is Due with the Return of Proof.**

CUSTOMER MUST SIGN ORDER AND ANY ATTACHMENTS TO ORDER — LAYOUTS, COPY, SKETCHES.
THIS ORDER IS SUBJECT TO THE TERMS, CONDITIONS, AND AGREEMENTS SET FORTH ON THE REVERSE SIDE OF THIS ORDER FORM:

| | | |
|---|---|---|
| SUB TOTALS | 4775.00 | |
| SALES TAX | 286.50 | |
| TOTALS* | 5061.50 | 730 | 4331.50 |

AUTHORIZED CUSTOMER'S SIGNATURE ____ TITLE ____
James J Cicchitti
PRINT NAME — CUSTOMER'S SIGNATURE
Daryl Clegg
SALES ORGANIZATION'S SIGNATURE

* FINAL FIGURE TO BE ADJUSTED FOR OVERAGE OR SHORT-AGE NOT TO EXCEED 10%. ALL SHIPMENTS F.O.B. MIAMI, FLORIDA.

**CHECK IF PROOF REQUESTED:**
☑ COLOR     SEND TO: ☐ CUSTOMER
☐ BLUE PRINT     ☑ SALES ORGANIZATION
☑ COPY     SHIP METHOD: UPS Wesroft

**BINDERY INSTRUCTIONS**
☐ Perforate     ☐ Score     ☐ Fold to ____ x ____
☐ 3 Hole Drill     ☐ Other ____

**BACK COPY SIDE — SHOW LAYOUT AND POSITION**

NUMBER CODE STYLE [ ]
Indicate Standard Layout Here For ADDRESS SIDE.
(See other side for identification)
Otherwise sketch special layout.

**TYPE OR PRINT COPY HERE**
Do Not Ship CCD. Call Sales with amount before shipping

Call with SCITEX costs for (A removing brown stains from boat (B Cleaning water
(C BL____ water

**PICTURE SIDE — SHOW LAYOUT, TITLE, COLORS AND POSITION**

LETTER CODE STYLE [ ]
Indicate Standard Layout Here For PICTURE SIDE.
(See other side for identification)
Otherwise sketch special layout.

CENTER LINE TO READ ____

QUICK PROOF

ATTACH ALL REPROS AND SPECIAL LAYOUTS TO ORDER

ORDER FORM DISTRIBUTION: WHITE & YELLOW TO DYNACOLOR; PINK TO CUSTOMER; GOLD TO SALES ORGANIZATION

DYNACOLOR LOGO AND POST CARD INDICIA WILL BE PRINTED ON ALL POST CARDS UNLESS OTHERWISE INDICATED.

THESE ARE THE MOST COMMON MULTIPLE PHOTOGRAPH LAYOUTS — INDICATE WITH APPROPRIATE LETTER AND KEY PHOTOGRAPHS IN POSITION DESIRED



A        B        C        D        E        F        G

Telephone: (           )
FAX: (           )

# TERMS, CONDITIONS, AND AGREEMENTS

The signature of the purchaser or authorized agent for the company responsible for payment must appear in the area designated, customer's signature, such signature shall consent to the following terms, conditions, and agreements.

Dynacolor Graphics, Inc. will be known as the Seller and the customer will be known as the Purchaser.

Dynacolor Graphics, Inc. is not responsible for any agreement made by the Sales Organization which differs in any way from this order. It is expressly agreed that the Seller is not bound by any stipulation, representation, or agreement not embodied in this contract.

**1. GENERAL CONDITIONS**
Prices are F.O.B. Miami, Florida, transportation charges to be paid by Purchaser. Merchandise covered by this order will be subject to cancellation once it has been accepted by Seller, except on terms that will compensate the Seller against loss. The estimated shipping date time is not the essence of this agreement. This order shall not be effective until acceptance thereof by Seller, Dynacolor Graphics, Inc., Miami, Florida. Acceptance by Seller may be either by notification to Purchaser or by commencing to produce work on the merchandise ordered.

The legal rate of interest may be charged on all past due accounts at Seller's option. In the event that the services of an attorney are required, with or without litigation, to recover on this contract, the Purchaser agrees to pay the Seller its reasonable attorney's fees, costs and court costs, including but not limited to attorney's fees and costs incurred on appeal in addition to payment of full amount due, plus accrued interest. **In the event of litigation in regard to collection or any other dispute that may arise out of or in connection with this agreement, the parties hereto expressly agree and consent to the jurisdiction of the courts of the State of Florida, and further stipulate that Dade County, Florida will be the proper venue for the legal action.** This contract shall be governed by and construed in accordance with the laws of the State of Florida. Any amount owing, will become due immediately in the event of bulk sale, mortgage, bankruptcy, attachment or execution made by or against Purchaser, or in the event of refusal of Purchaser to accept from the carrier the merchandise ordered hereunder.

Sales and/or use tax — Dynacolor Graphics, Inc. is responsible for the collection of tax in the states of California, Florida, Mississippi, New York, South Carolina and Virginia. Collection and remittance of tax, if any, in other areas is the responsibility of the Sales Organization.

**2. PREPARATORY WORK AND ORIGINAL MATERIALS (Transparencies, Art Work, etc.)**
Seller shall take reasonable care of transparencies, pictures, art work and other original copy left in his possession, but Seller shall not be responsible for same as to loss or damage while in Seller's custody. In recognition of the foregoing and as a material inducement to Seller to enter into this agreement, Purchaser represents to Seller that Purchaser or the Sales Organization has duplicates of transparencies, pictures, art work and other original copy, in their possession.

Art work, sketches, copy, dummies, type, separations, negatives, positives, lithographic plates, and all preparatory work created or furnished by the Seller shall remain their exclusive property, and no use of same shall be made nor may any ideas obtained therefrom be used, except by written permission of the Seller and upon compensation (if any) to be determined by the Seller.

**3. REPRODUCTION RIGHTS AND INDEMNIFICATION**
Purchaser warrants and represents to Seller that he is lawfully entitled to reproduce and copy the pictures ordered and has full authority to authorize Seller to reproduce and copy such pictures. The Purchaser shall indemnify and hold harmless the Seller from any and all loss, cost, expense and damages on account of any and all manner of claims, demands, actions and proceedings that may be instituted against the Seller on grounds alleging that the said printing violates any copyright or any proprietary right of any person, or that it contains any matter that is libelous or scandalous, or invades any person's right to privacy or other personal rights, except to the extent that the Seller has contributed to the matter. The Purchaser agrees to, at the Purchaser's own expense, promptly defend and continue the defense of any such claim, demand action or proceeding that may be brought against the Seller, provided that the Seller shall promptly notify the Purchaser with respect thereto, and provided further that the Seller shall give to the Purchaser such reasonable time as the exigencies of the situation may permit in which to undertake and continue the defense thereof. Unless otherwise stated on this contract, the seller reserves the right to use reproductions for purposes of display and other advertising purposes.

**4. PROOFS**
If the Purchaser desires proofs to be submitted, he shall initial the space marked "check if proof requested" on the front of this form. Corrections, if any, are to be made on "master set" returned marked "O.K." or "O.K. With Corrections" and signed with name or initials of person duly authorized to pass on same. If revised proofs are desired, request must be made when proof is returned. Seller is not responsible for errors if work is performed as per Purchaser's "O.K." or if changes are communicated verbally. Seller shall not be responsible for errors if the Purchaser has not ordered or has refused to accept proofs or has failed to return proofs with indication of changes or has instructed Seller to proceed without submission of proofs. Proofs must be returned in a reasonable period of time or at Seller's sole discretion, order may be cancelled and Buyer will be responsible for all charges for work performed to date.

Because of the difference in equipment, paper, inks and other conditions between color proofing and production operations, a reasonable variation in color between color proofs and the completed job shall constitute an acceptable delivery.

**5. ALTERATIONS**
Alterations represent work performed in addition to the original specifications. Such additional work shall be charged at current rates and be supported with documentation upon request.

**6. QUALITY**
Dynacolor Graphics, Inc. will use its best efforts to produce a high quality reproduction reasonably close to the transparency, but does not warrant an "exact color" match. Merchandise covered by this order will be subject to reasonable variation from standard in color, quality and finish, in accordance with the trade customs of the printing industry. Purchaser will clearly mark transparencies for viewing side and desired cropping. When not done, Dynacolor is authorized to use best judgment and will not be responsible for transparencies that have been reversed or the sleeve is not properly marked for front side before receipt by Dynacolor.

**7. SHIPPING INSTRUCTIONS**
Purchaser shall clearly specify the shipping instructions for this order, and the transportation means by which shipment is to be made. Lacking explicit shipping instructions, Seller may use his best judgment in selecting transportation means. In such event Seller shall not be responsible for non-delivery nor for variations in shipping charges from what Purchaser may consider proper.

**8. DELIVERY**
Delivery dates are approximate, subject to the normal variations customary in the industry, and to the delays due to fire, strikes, equipment breakdown, inability to obtain materials, and any other circumstances beyond Seller's control. Such delays shall not serve to invalidate this order, nor to subject Seller to damages. Where date of shipment is specified in the order and for any reason it is not possible to ship on or before the date specified, Seller will use his best efforts to ship as soon as possible thereafter and Purchaser agrees to accept the merchandise when so shipped. Unless otherwise specified, the price quoted is for a single shipment, without storage, F.O.B. Dynacolor's place of business. Title for finished work shall pass to the purchaser upon delivery to carrier at shipping point or upon mailing of invoices for finished work, whichever occurs first.

Merchandise left in Seller's possession by Purchaser shall be held at Purchaser's sole risk and expense, and Seller shall not be responsible for loss or damage due to any cause.

**9. OVERRUNS OR UNDERRUNS**
As it is necessary to provide a reasonable allowance for spoilage in manufacturing merchandise ordered hereunder, it is ordinarily not possible to ship the exact quantity ordered. It is therefore agreed that Seller may ship up to 10% more or less than the quantity ordered which shall constitute acceptable delivery. Purchaser agrees to pay pro-rata for the actual quantity shipped.

**10. CLAIMS**
Claims for defects, damages or shortages must be made by the Purchaser in writing to Dynacolor Graphics, Inc., Miami, Florida within a period of fifteen (15) days after delivery. Failure to make such claim within the stated period shall constitute irrevocable acceptance and an admission that they fully comply with terms, conditions and specifications. Seller's liability shall be limited to stated selling price of any defective goods, and shall in no event include special or consequential damages, including, without limitation, profits (or profits lost). As security for payment of any sum due or to become due under terms of any Agreement, Seller shall have the right, if necessary, to retain possession of and shall have a lien on all customer property in printer's possession including work in process and finished work. The extension of credit or the acceptance of notes, trade acceptance or guarantee of payment shall not affect such security interest and lien.

Claims relating to shortages in shipment must be accompanied by a receiving report showing number, weight and contents of each package received. Purchaser's recourse for loss or damage in transit is solely against the carrier, but Dynacolor will gladly assist Purchaser in filing any such claims.

The final decision on any claim will be based on whether, in Dynacolor's opinion, (a) a "normal reproduction" loss has been made, and (b) the claimed defect affects the saleability or useability of the merchandise. In any event Dynacolor's responsibility shall be limited to correction on the product merchandise, the replacement of the merchandise, or at Dynacolor's option the allowance of credit therefore, in whole or part.

Revised 12/92

# EXHIBIT E

TWILIGHT

**LADIES' DAY** ★
Monday & Friday • 1/2 FARE • 1 PM

KIDS ARE CATCHING

STARLIGHT

STARLIGHT

★ ★ ★ **COUPONS** ★ ★ ★

**STARLIGHT 4 & 6 HOUR TRIPS**

**DEEP SEA FISHING**

$2.00 OFF NIGHT TRIP

$1.00 OFF DAY TRIP

Coupons Good For Everyone In Your Group

# 4 HOUR DEEP SEA FISHING

## Flounder • Weakfish • Sea Bass

### "STARLIGHT" SAILS DAILY

## 8:00 AM & 1:00 PM

### "WHY NOT THE BEST"

**FREE:** INSTRUCTIONS • BAIT PARKING & FISH BAGS

★ Enclosed Lounges ★ Large Sundeck
– Casual Attire & Swimsuits Welcome
★ Galley – Sodas & Beer
★ Latest Fish Finding & Safety Equipment
★ Separate Ladies Accommodations
★ Fast Twin Diesel ★ Rods Available
★ US Coast Guard Certified
★ Fish Cleaning Service

 

## STARLIGHT & TWILIGHT

**BLAKE'S DOCK
6200 PARK BLVD.**

(Turn West toward the
Bay at Sweet Briar Rd.)

**WILDWOOD CREST, NJ**

### "TWILIGHT" 6 Hour FISHING

SAILS **10** AM DAILY

*Information & Reservations*

## (609) 729-7776

### NIGHT FISHING

SAILS NIGHTLY **7:00 PM**

**MONSTER BLUEFISH**
*"Fierce Fighting –Awesome"*

Come See Us This Winter,
Mile Marker 53, Marathon, FL Keys

**Charters And Group Rates For
Up to 149 Persons**

---

Pine
Spruce
Walnut
Chestnut
1st to 26th Aves.

**CITY OF WILDWOOD — ATLANTIC AVENUE**

2700 Juniper
2800 Poplar
2900 Magnolia
3000 Glenwood
3100 Maple
3200 Pine
3300 Wildwood
3400 Oak
3500 Cedar
3600 Schellenger
3700 Lincoln
3800 Garfield
3900 Spicer
4000 Spencer
4100 Young
4200 Roberts
4300 Baker
4400 Montgomery
4500 Davis
4600 Burk
4700 Andrew
4800 Taylor

4900 Rio Grande

5000 Hand
5100 Leaming
5200 Bennett
5300 Hildreth

5400 Cresse
5500 Morning Glory
5600 Buttercup
5700 Lavender
5800 Heather
5900 Crocus
6000 Aster
6100 Cardinal
6200 Sweet Briar ★
6300 Wisteria
6400 Columbine
6500 Rosemary
6600 Forget-Me-Not
6700 Fern
6800 Palm
6900 Lotus
7000 Myrtle
7100 Primrose
7200 Rambler
7300 Orchid
7400 Stockton
7500 Stanton
7600 Farragut
7700 Atlanta
7800 Nashville
7900 Louisville
8000 Miami
8100 Monterey
8200 St. Paul
8300 Toledo
8400 Denver
8500 Syracuse
8600 Preston
8700 Hollywood
8800 Topeka
8900 Pittsburgh
9000 Charleston
9100 St. Louis
9200 Trenton
9300 Newark
9400 Washington
9500 Jefferson

**WILDWOOD CREST — ATLANTIC AVENUE**

COPYRIGHT ©1984, 1995   (609) 522-6867-688-9584

SEA VIEW COLOR

# EXHIBIT F

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

## FORM VA

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**VA 733-638**



EFFECTIVE DATE OF REGISTRATION

AUG 9 1995
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
STARLIGHT FISHING
1995 RACK CARD (94075)(P95814)

NATURE OF THIS WORK ▼ See Instructions
Photographic
Advertising Card

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Douglas Hunsberger, T/A SEA VIEW COLOR

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼
10/28/55

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph**S (3)** ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.
1995

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ July Day ▶ 18 Year ▶ 1995
ONLY if this work has been published. USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Douglas Hunsberger
115 West Fern Road
Wildwood Crest, NJ 08260

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 09 1995
ONE DEPOSIT RECEIVED
AUG 09 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____ FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

_____

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

_____

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Douglas Hunsberger
115 West Fern Road
Wildwood Crest, NJ   08260

Area Code & Telephone Number▶  **(609) 522-6849**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Douglas Hunsberger                           date▶  __8/1/95__

Handwritten signature (X) ▼

_X_____

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼

Douglas Hunsberger
Number/Street/Apartment Number ▼

115 West Fern Road
City/State/ZIP ▼

Wildwood Crest, NJ   08260

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 1992—35,000                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,016

# EXHIBIT G





